■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD JACKSON, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [893 NYS2d 924]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON MOODY, Appellant. [893 NYS2d 923]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, William F. Kocher, J.—Criminal Sale of a Controlled Substance, 3rd Degree). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BANCHS RIVERA, Appellant. [893 NYS2d 925]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Monroe County Court, John J. Connell, J.—2005 Drug Law Reform Act). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIEN WALKER, Appellant. [893 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Franczyk, J.—Criminal Possession of a Controlled Substance, 7th Degree). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WALKER, JR., Appellant. [893 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Criminal Possession of a Controlled Substance, 3rd Degree). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.